DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 002P12 | State v. Brian Daniel Barker | Def's PDR Under N.C.G.S. § 7A-31 (COA11-630) | Denied |
|---|---|---|---|
| 008PA11-2 | State v. Chris Alan Jones | 1. Def's NOA Based Upon a Constitutional Question (COA10-475-2) 2. Def's PDR Under N.C.G.S. § 7A-31 3. State's Motion to Dismiss Appeal | 1. - - - 2. Denied 3. Allowed |
| 013P12 | State v. Simon Lamar Clark | Def's PDR Under N.C.G.S. § 7A-31 (COA11-75) | Denied |
| 022A02-2 | State v. Marcus Douglas Jones | Def's Motion for Extension of Time to File PWC | Allowed **07/11/12** |
| 023P12 | In Re: Fifth Third Bank, National Association-Village of Penland Litigation | Plts' (Jerome E. Williams, Jr., M.D., Jerome E. Williams, Jr., M.D. Consulting LLC, and Adelle A. Williams, M.D.) PWC to Review Decision of COA (COA11-310) | Denied |
| 031P12 | Jose Guadalupe Vargas Morales, Employee, by and through his Guardian *ad Litem*, Joseph W. Hart v. Greensboro Contracting Corporation, Employer, Key Risk Management Services, Inc., Carrier, The Cincinnati Casualty Company and/or The Cincinnati Insurance Company, Carrier | Def's (Key Risk) PDR Under N.C.G.S. § 7A-31 (COA11-376) | Denied |